**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6623**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MICHAEL ALONZA RUFUS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Mary G. Lewis, District Judge.  (3:02-cr-00550-MGL-1)

_____

Submitted:  August 5, 2024                    Decided:  August 13, 2024

_____

Before WILKINSON, NIEMEYER, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Alonza Rufus, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Alonza Rufus, a federal prisoner serving a revocation sentence, appeals the district court's order denying his motion for a sentence reduction based on Amendment 821. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See* 18 U.S.C. § 3582(c)(2); U.S. Sentencing Guidelines Manual § 1B1.10 cmt. n.8(A); *United States v. Spruhan*, 989 F.3d 266, (4th Cir. 2021) (explaining that "sentence reductions must be 'consistent with applicable policy statements issued by the Sentencing Commission'"); *United States v. Rufus,* No. 3:02-cr-00550-MGL-1 (D.S.C. June 3, 2024). We deny the motion to expedite as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2